IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joel Stephen Cutulle,<br><br>　　　　　Petitioner,<br><br>v.<br><br>United States of America,<br><br>　　　　　Respondent. | No.  CV-19-00264-PHX-NVW<br>　　　CR-12-01927-PHX-NVW<br><br>**ORDER AND DENIAL OF CERTIFICATE OF APPEALABILITY AND IN FORMA PAUPERIS STATUS** |

　　　　Before the Court are Petitioner's Amended Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by Person in Federal Custody (Docs. 6, 7), the Government's Response and Movant's Reply (Docs. 14, 29, 20), United States Magistrate Judge Michelle H. Burns' Report and Recommendation (Doc. 21), Petitioner's Objections to the Magistrate's Report and Recommendation (Doc. 22) and the Government's Response to Petitioner's Objections (Doc. 23).

　　　　The Court has considered Petitioner's objections and reviewed the Report and Recommendation de novo.  *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the Court must make a de novo determination of those portions of the Report and Recommendation to which specific objections are made).  The Court accepts the magistrate judge's recommended disposition within the meaning of Rule 72(b), Fed. R. Civ. P., and overrules Petitioner's objections.  *See* 28 U.S.C. § 636(b)(1) (stating that the district court

"may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

IT IS THEREFORE ORDERED that the Report and Recommendation of Magistrate Judge Michelle H. Burns (Doc. 21) to deny and dismiss Petitioner's amended motion under 28 U.S.C. § 2255 is accepted.

IT IS FURTHER ORDERED that the Clerk of the Court enter judgment denying and dismissing with prejudice Movant's Amended Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Docs. 6, 7). The Clerk shall terminate this action.

IT IS FURTHER ORDERED that a request for Certificate of Appealability and leave to proceed in forma pauperis on appeal be DENIED because Petitioner has not made a substantial showing of the denial of a constitutional right about which reasonable jurists could disagree.

Dated: April 29, 2020.

_____
Neil V. Wake
Senior United States District Judge